# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 459 MAL 2014
:
            Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v. :
:
:
:
GEORGE DRUCK, :
:
            Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.